FILED: January 7, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 25-1021

(5:25-cv-00003-M-BM)

———————————

TELIA KIVETT; KARYN MULLIGAN; WAKE COUNTY REPUBLICAN
PARTY; REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA
REPUBLICAN PARTY

Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:25-cv-00003-M-BM |
| Date notice of appeal filed in originating court: | 01/06/2025 |
| Appellant(s) | NC State Board of Elections |
| Appellate Case Number | 25-1021 |
| Case Manager | Rachel Phillips 804-916-2702 |