No. 25-1021

In the United States Court of Appeals
for the Fourth Circuit

TELIA KIVETT, et al.

*Plaintiffs-Appellees*,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS-APPELLANTS**

Pursuant to Local Rule 46(c), Special Deputy Attorney General Mary Carla Babb respectfully moves the Court to allow her leave to withdraw as counsel for Defendants-Appellants. In support of this motion, the undersigned shows the following:

1. On January 6, 2025, Defendants-Appellants filed a notice of appeal to this Court, appealing an order entered January 6, 2025 in the U.S. District Court for the Eastern District of North Carolina.

2. On January 7, 2025, the undersigned and Special Deputy Attorney General Terence Steed appeared as counsel for Defendants-Appellants in this matter. Additionally, Deputy Solicitor General Nicholas Brod entered appearance as counsel for Defendants-Appellants on February 18, 2025.

3. As of Friday, February 28, 2025, undersigned counsel will no longer be employed with the North Carolina Department of Justice. She therefore will have no further responsibility for defense of the case at bar and no authorization to represent any of the named Defendants-Appellants.

4. The conclusion of undersigned's service with the North Carolina Department of Justice creates good cause for her to withdraw her appearance as counsel in this appeal.

5. If this motion is granted, Defendants-Appellants will continue to be represented by Special Deputy Attorney General Terence Steed and Deputy Solicitor General Nicholas Brod as counsel of record.

For the foregoing reasons, undersigned counsel, Special Deputy Attorney General Mary Carla Babb, respectfully requests this Court allow her leave to withdraw as counsel of record in this appeal.

Electronically submitted this the 26th day of February, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel of Record for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 237 words, excluding the parts of the motion exempted by Rule 27(d)(2) and 27(a)(2)(B).

This motion complies with the type face requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), because it has been prepared in a proportionally spaced type face using Microsoft Word 2016 in 14-point Century Schoolbook font.

This 26th day of February, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this day, I have electronically filed the foregoing MOTION FOR WITHDRAW OF COUNSEL FOR DEFENDANTS-APPELLANTS with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will automatically serve electronic copies of the foregoing to all registered counsel of record.

This the 26th day of February, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General