**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 10, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.   25-1021,        <u>Telia Kivett v. NC State Board of Elections</u>
                     5:25-cv-00003-M-BM

TO:
- Karen Brinson Bell
- Siobhan O'Duffy Millen
- Kevin N. Lewis
- North Carolina State Board of Elections
- Alan  Hirsch
- Stacy  Eggers
- Jeff  Carmon

FILING CORRECTION DUE:  April 15, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using BRIEF entry and selecting "reply" from the dropdown

Rachel Phillips, Deputy Clerk
804-916-2702