No. 25-1021

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

TELIA KIVETT, ET AL.,

*Plaintiff-Appellees*,

*v.*

NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL.,

*Defendant-Appellants*,

*and*

DEMOCRATIC NATIONAL COMMITTEE,

*Intervenor-Defendant.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**NOTICE OF JOINDER OF DEFENDANT-APPELLANTS' REPLY BRIEF BY INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE**

SHANA L. FULTON
WILLIAM A. ROBERTSON
JAMES W. WHALEN
BROOKS, PIERCE, MCLENDON
   HUMPHREY & LEONARD, LLP
150 Fayetteville Street, Suite 1700
Raleigh, N.C. 27601
(919) 839-0300

April 10, 2025

The Democratic National Committee ("DNC") moved to intervene in this case on February 24, 2025. It is the DNC's understanding that its motion remains pending. (*See* ECF No. 34 (granting motion to intervene); *id.* (stating docket entry was made in error).) In anticipation of the possibility of the Court granting its motion, and pursuant to Local Rule 12(e), the Democratic National Committee joins in full the Reply Brief filed by Defendant-Appellants.

April 10, 2025                    Respectfully submitted,

                                 /s/ James W. Whalen

                                 SHANA L. FULTON
                                 WILLIAM A. ROBERTSON
                                 JAMES W. WHALEN
                                 BROOKS, PIERCE, MCLENDON
                                     HUMPHREY & LEONARD, LLP
                                 150 Fayetteville Street, Suite 1700
                                 Raleigh, N.C. 27601
                                 (919) 839-0300

1

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7)(B)(i) in that, according to the word-count feature of the word-processing system used to prepare this document (Microsoft Word for Microsoft 365), the brief contains 71 words, excluding the portions exempted by Rule 32(f).

*/s/ James W. Whalen*_____
James W. Whalen

## CERTIFICATE OF SERVICE

On April 10, 2025, I electronically filed the foregoing using the Court's appellate CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ James W. Whalen*_____
James W. Whalen
