No. 25-1021

In the United States Court of Appeals
for the Fourth Circuit

TELIA KIVETT, et al.

*Plaintiffs-Appellees*,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

## JOINT MOTION TO STAY

In response to this Court's July 18, 2025 order requiring the parties show cause why this appeal should not be dismissed as moot, and pursuant to Fed. R. App. P. 27, the parties jointly request that the Court stay the appeal while the parties continue ongoing settlement discussions. In support of this motion, the parties show as follows:

1.    Plaintiffs-Appellees Telia Kivett, Karyn Mulligan, the Wake County Republican Party, the Republican National Committee, and the North Carolina Republican Party ("Plaintiffs") sued the North Carolina State Board of Elections ("Board") in Wake County Superior Court. JA 12-34. In the Complaint, plaintiffs sought an order prohibiting the Board from counting certain ballots cast in the November 2024 general election and seeking declaratory judgment on certain prospective issues. JA 30-34.

2.    The Board removed to federal district court. JA 7-10. On January 6, 2024, the district court remanded the case to Wake County Superior Court. JA 37. The case remains pending in state superior court.[1] The Board appealed the remand orders to this Court and the appeal in this case has been fully briefed.

3.    In the meantime, the Board has undertaken the Registration Repair Project. This project is ongoing and information regarding the work to collect the necessary voter information is available and updated

---

[1] *See* Kivett, No. 24CV041789-910 (N.C. Super. Ct., Wake Co.).

- 2 -

daily on the Board's website.[2] It is anticipated that these project will resolve most, if not all, issues remaining in this and related actions.

4.    On July 24, 2025, Plaintiffs-Appellants made an initial proposal to the Board in an effort to initiate discussions towards resolving this action. The parties desire to continue those discussions in good faith regarding the remaining issues in this case and are optimistic that they will be able to reach a resolution. However, the issues in this case are complex, touch upon other related cases, and the parties need more time to reach a settlement. It would therefore conserve the resources of the Court to stay this appeal while the parties finalize a settlement of the remaining issues.

5.    The Court's authority to order such a stay is well-settled. *See, e.g., Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

---

[2] *See* State Board website, "Registration Repair | NCSBE," https://www.ncsbe.gov/registrationrepair (last visited July 28, 2025).

- 3 -

6. The parties respectfully request that the Court stay this appeal allowing the parties time to complete their settlement discussions that may resolve the issues presented in this case.

7. The parties agree that neither party nor the public would be prejudiced by a stay. The parties propose that they file a joint status report in thirty days (by August 29, 2025) apprising the Court of the status of the matter.

8. In response to our Local Rule 27(a) request, counsel for Intervenor-Defendant stated that the DNC consents to the relief sought.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court stay this appeal. The parties propose that they file a joint status report by no later than August 29, 2025, apprising the Court of the status.

[Signature Page Follows]

- 4 -

Electronically submitted this the 29th day of July, 2025.

NC DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

Nicholas Brod
Solicitor General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6400

*Counsel for Defendants-Appellants*

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: /s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar No. 29456
Jordan A. Koonts
North Carolina State Bar No. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains fewer than 851 words, excluding the parts of the motion exempted by Rule 27(d)(2) and 27(a)(2)(B).

This motion complies with the type face requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), because it has been prepared in a proportionally spaced type face using Microsoft Word 2016 in 14-point Century Schoolbook font.

This 29th day of July, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General

- 6 -

## **CERTIFICATE OF SERVICE**

I certify that on this day, I have electronically filed the foregoing JOINT MOTION FOR STAY with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will automatically serve electronic copies of the foregoing to all registered counsel of record.

This the 29th day of July, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General

- 7 -