No. 25-1021

In the United States Court of Appeals
for the Fourth Circuit

TELIA KIVETT, et al.

*Plaintiffs-Appellees*,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**JOINT STATUS REPORT**

| | |
|---|---|
| Mary L. Lucasse | Phillip J. Strach |
| Nicholas Brod | Jordan A. Koonts |
| **N.C. Department of Justice** | **NELSON MULLINS RILEY &** |
| Post Office Box 629 | **SCARBOROUGH LLP** |
| Raleigh, North Carolina 27602 | 301 Hillsborough St., Suite 1400 |
| Ph: (919) 716-6567 | Raleigh, North Carolina 27603 |
| mlucasse@ncdoj.gov | Ph: (919) 329-3800 |
| nbrod@ncdoj.gov | phil.strach@nelsonmullins.com |
| | jordan.koonts@nelsonmullins.com |
| *Counsel for Defendants Appellants* | *Counsel for Plaintiffs Appellees* |

Plaintiffs-Appellees and Defendants-Appellants jointly submit this status report pursuant to the Court's September 16, 2025 Order. [D.E. 55] The parties jointly state that settlement negotiations are ongoing at this time. Although the parties are unable to provide a definite timeline for the completion of a settlement agreement, these negotiations have continued to progress, and a comprehensive settlement is still expected.

The parties intend to notify the Court as soon as a final agreement is reached. Pursuant to the Court's September 16 Order, the parties otherwise intend to submit another status report in thirty days.

Electronically submitted this the 27th day of January, 2026

        NC DEPARTMENT OF JUSTICE

        /s/ Mary L. Lucasse
        Mary L. Lucasse
        Special Deputy Attorney General
        N.C. State Bar No. 39153
        Email: mlucasse@ncdoj.gov

        Nicholas Brod
        Solicitor General
        N.C. State Bar No. 47598
        Email: nbrod@ncdoj.gov

        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        Phone: (919) 716-6400

*Counsel for Defendants-Appellants*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By /s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar No. 29456
Jordan A. Koonts
North Carolina State Bar No. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I certify that on this day, I have electronically filed the foregoing JOINT STATUS REPORT with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will automatically serve electronic copies of the foregoing to all registered counsel of record.

This the 27th day of January, 2026.

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General